## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Chapter 13

    CONSTANCE L. LAPHAM      Bankruptcy No. 22-11004-MDC

    25 DUTTON FARM LANE

    WEST GROVE, PA 19390

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CONSTANCE L. LAPHAM

    25 DUTTON FARM LANE

    WEST GROVE, PA 19390

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/17/2022      /s/ Kenneth E. West

                                                                                   Kenneth E. West, Esquire
                                                                                   Chapter 13 Standing Trustee