# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| CONSTANCE L. LAPHAM ) | |
| ) | **CASE NO.: 2:22-bk-11004-mdc** |
| DEBTOR ) | **CHAPTER 13** |
| ) | **JUDGE MARK J. CONWAY** |
| US BANK TRUST NATIONAL ASSOCIATION,) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS OWNER TRUSTEE FOR ) | |
| VRMTG ASSET TRUST ) | |
| ) | |
| MOVANT ) | |
| ) | |
| CONSTANCE L. LAPHAM, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust which was filed with this Court on or about **June 6, 2022, docket number 19.**

        Respectfully submitted,

        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq.
        Pennsylvania Bar #205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 2nd day of November 2022.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 2:22-bk-11004-mdc)

*DEBTOR*
CONSTANCE L. LAPHAM
25 DUTTON FARM LANE
WEST GROVE, PA 19390

*ATTORNEYS FOR DEBTOR*
OSEPH F. CLAFFY
JOSEPH F. CLAFFY & ASSOCIATES, P.C.
26 SOUTH CHURCH STREET
SUITE 1 SOUTH
WEST CHESTER, PA 19382
CLAFFYLAW@GMAIL.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106
USTPREGION03.PH.ECF@USDOJ.GOV