## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CONSTANCE L. LAPHAM : CHAPTER 13
:
:
DEBTOR : CASE NO. 22-11004 mdc

_____

**CERTIFICATION OF SERVICE OF CORRECTED SECOND AMENDED CHAPTER 13 PLAN**

I certify that I have, on the 13th day of April, 2023, served a copy of the Debtor's SECOND Amended CORRECTED Chapter 13 Plan, filed the 13th day of April upon the following entities :

VIA ECF

KENNETH E. WEST, Standing Chapter 13 Trustee, and

U.S. Trustee

VIA FIRST CLASS U.S. MAIL deposited April 13th , 2023

upon all creditors, co-debtors ( if any), parties in interest and those requesting notice.

/s/Joseph F. Claffy, Esq.
JOSEPH F. CLAFFY, ESQUIRE
Attorney I.D. # 35142
26 S. Church Street
West Chester, PA 19382
610-429-0900
Attorney for Debtor