### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11004-MDC |
| Constance L. Lapham | : Chapter 13 |
|          Debtor | : |
| | : |
| CSMC 2021-JR1 Trust c/o Select Portfolio Servicing, Inc. | : |
| | : |
| | : |
| | : |
| | : |
|          Movant | : |
|     vs. | : |
| Constance L. Lapham | : |
|          Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|          Trustee/Respondent | : |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

    Please mark the Objection to Confirmation of Plan, filed on June 17, 2022, as Doc. #21, as withdrawn without prejudice.

        Respectfully submitted,

        <u>/s/ Sarah K. McCaffery, Esquire</u>
        Sarah K. McCaffery, Esquire
        Hladik, Onorato & Federman, LLP
        Attorney I.D. # 311728
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone 215-855-9521
        Fax 215-855-9121

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11004-MDC |
| Constance L. Lapham | : Chapter 13 |
|     Debtor | : |
| | : |
| CSMC 2021-JR1 Trust c/o Select Portfolio Servicing, Inc. | : |
| | : |
| | : |
| | : |
| | : |
|     Movant | : |
| vs. | : |
| Constance L. Lapham | : |
|     Debtor/Respondent | : |
| and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

## **CERTIFICATE OF MAILING**

I, Sarah K. McCaffery, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on May 12, 2023.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Joseph F. Claffy., Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Constance L. Lapham
25 Dutton Farm Lane
West Grove, PA 19390
Via First Class Mail
*Debtor*

Dated: 05/12/2023

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121