UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Constance L. Lapham. | : | |
|     Debtor | : | BANKRUPTCY NO. 22-11004-mdc |

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION

TO THE CLERK:

I, the undersigned, certify that, after service of the Notice, Application and Proposed Order on June 3, 2023, as shown in the Debtor Attorney's Certification of Service filed in this matter, that more than 20 days have passed and that no response, has been filed of record, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the Order that was attached to the Debtor Attorney's Application for Compensation.

Dated: July 17, 2023                                     Respectfully submitted,

                                                                                   */s/ Kenneth E. West, Esq.*
                                                                                Kenneth E. West, Esquire
                                                                                Chapter 13 Standing Trustee
                                                                                1234 Market Street, Suite 1813
                                                                                Philadelphia, PA 19107
                                                                                Phone:   215-627-1377
                                                                                Fax:     215-627-6299
                                                                                KWest@ph13trustee.com