## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     )
                                           )
    CONSTANCE L. LAPHAM        )    Bankruptcy No. 22-11004
            Debtor.             )
                                           )    Chapter 13

### ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case. Debtor's former attorney, Joseph F. Claffy, Esquire, passed away on June 25, 2023.

                                            Respectfully submitted,

                                            */s/ Sharon S. Masters*
                                            Sharon S. Masters, Esquire
                                            132 Overleaf Drive
                                            Thorndale, PA 19372
                                            (610) 322-5277
                                            FAX: (951) 344-0434
                                            shmasters@hotmail.com
                                            Attorney for Debtor

Dated: 7/19/2023