## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Constance L. Lapham<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　　Movant<br>　　vs.<br>Constance L. Lapham<br>　　　　　　　　Debtor(s)<br>Kenneth E. West<br>　　　　　　　　Trustee | NO. 22-11004 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 17th day of August, 2023 it is hereby **ORDERED** that if _Constance L. Lapham_ (the "Debtor(s)") _and U.S. Bank Trust National Association, not in its Individual Capacity but solely as owner Trustee for VRMTG Asset Trust_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge