United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                        Case No. 22-11004-mdc
Constance L. Lapham                                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                                          Page 1 of 3
Date Rcvd: Nov 03, 2023              Form ID: 138OBJ                                                Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constance L. Lapham, 25 Dutton Farm Lane, West Grove, PA 19390-9473 |
| 14687389 | + | CSMC 2021-JR1 TRUST, c/o Select Portfolio Servicing, Inc., c/o Karina Velter, Esquire, Hladik,Onorato,and Federman,LLP, 298 Wissahickon Avenue North Wales, PA 19454-4156 |
| 14685061 | + | Fay Servicing LLC, 425 South Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 14705164 | + | US Bank Trust National Association, Not In Its Ind, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14687260 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2023 00:50:00 | CSMC 2021-JR1 TRUST, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, Utah 84119-3284 |
| 14701553 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2023 00:50:00 | CSMC 2021-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14685062 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2023 00:26:54 | JPMCB CARD SERVICES, PO Box 15369, Wilmington, DE 19850 |
| 14685063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2023 00:56:32 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14685064 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2023 00:50:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14699934 | ^ | MEBN | Nov 04 2023 00:15:28 | U.S. Bank Trust National Association, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14826767 | ^ | MEBN | Nov 04 2023 00:15:28 | US Bank Trust National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14705025 | ^ | MEBN | Nov 04 2023 00:15:30 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686097 | ^ | MEBN | Nov 04 2023 00:15:37 | US Bank Trust National Association, Not In Its Ind, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14686371 | ^ | MEBN | Nov 04 2023 00:15:38 | US Bank Trust National Association, Not In Its |

| | | | |
|---|---|---|---|
| 14685065 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2023 00:26:32 | Ind, c/o Joshua I. Goldman, Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858<br>Wells Fargo Bank N.A., POB 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

JOSEPH F. CLAFFY
on behalf of Plaintiff Constance L. Lapham claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net

JOSHUA I. GOLDMAN
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KARINA VELTER
on behalf of Creditor CSMC 2021-JR1 TRUST c/o Select Portfolio Servicing  Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
on behalf of Creditor CSMC 2021-JR1 TRUST c/o Select Portfolio Servicing  Inc. ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
on behalf of Defendant CSMC 2021-JR1 TRUST ckohn@hoflawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

SHARON S. MASTERS      on behalf of Debtor Constance L. Lapham shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Constance L. Lapham
        Debtor(s)

Case No: 22−11004−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/3/23