United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11004-amc
Constance L. Lapham  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 10, 2024  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Constance L. Lapham, 25 Dutton Farm Lane, West Grove, PA 19390-9473 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

**Name  Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

JOSEPH F. CLAFFY
    on behalf of Plaintiff Constance L. Lapham claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net

JOSHUA I. GOLDMAN
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KARINA VELTER
    on behalf of Creditor CSMC 2021-JR1 TRUST c/o Select Portfolio Servicing  Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Apr 10, 2024 — Form ID: 195 — Total Noticed: 1

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
on behalf of Creditor Fay Servicing LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

SARAH K. MCCAFFERY
on behalf of Creditor CSMC 2021-JR1 TRUST c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
on behalf of Defendant CSMC 2021-JR1 TRUST smccaffery@pincuslaw.com ckohn@hoflawgroup.com

SHARON S. MASTERS
on behalf of Debtor Constance L. Lapham shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Constance L. Lapham : Case No. 22−11004−amc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , April 10, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge, United States Bankruptcy Court